UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                    Plaintiff,

-against-

Kevin M. Smith,

                    Defendant.

---

7:19-MJ-10991(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 30, 2019 accepted the Defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on November 22, 2019, it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Kevin M. Smith is sentenced to a Conditional Discharge for a term of one (1) year on the condition that:

    The defendant is permanently barred from the interior and exterior grounds of the Montrose VA Hospital in Montrose, New York.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge